DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON GUILLEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-3143

[October 22, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 232000744CFAXMX.

Daniel Eisinger, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Pablo Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Nelson v. State*, 195 So. 2d 853 (Fla. 1967) (rejecting a state constitutional challenge to section 790.23); *Fleming v. State*, 414 So. 3d 175 (Fla. 4th DCA 2025) (rejecting a federal constitutional challenge to section 790.23).

KUNTZ, C.J., MAY and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***